ANNETTE BUTLER, Appellant, *v.* GEORGE S. SMITH et al., Respondents.

*Butler* v. *Smith*, 121 App. Div. 441, affirmed.
(Argued February 22, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for the forcible eviction of plaintiff from premises of which it was alleged she was rightfully in possession as tenant.

*Henry P. Keith* and *Philip Huntington* for appellant.

*Philo P. Safford* and *Gilbert W. Minor* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.